IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES
TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF
FILED.

CANDIA VANESSA WILLIAMS,

      Appellant,

v.

Case No. 5D23-278
LT Case No. 16-2022-CA-002295

JIM FULLER, D/B/A CLERK OF COURT,
RONNIE FUSSELL, D/B/A CLERK OF COURT,
ABRAHAM C. SOOD, JR. D/B/A JUDGE,
ADRIAN G. SOUD, D/B/A JUDGE, JOHN GUY,
D/B/A JUDGE, W. GREGG MCCAULIE, D/B/A
JUDGE, WADDELL A. WALLACE, III, D/B/A JUDGE,
CHARLES O. MITCHELL, JR, D/B/A JUDGE,
FREDRICK B. TYGART, D/B/A JUDGE, MARK
MAHON, D/B/A CHIEF JUDGE, MICHAEL WILLIAMS,
D/B/A SHERIFF, JOHN RUTHERFORD, D/B/A
SHERIFF, MARCIA MORALES HOWARD, D/B/A/
UNITED STATES DISTRICT JUDGE, TIMOTHY
CORRIGAN, D/B/A/ CHIEF UNITED STATES
DISTRICT JUDGE, ELIZABETH WARREN, D/B/A
UNITED STATES DISTRICT CLERK OF COURT,
U.S. MARSHAL SERVICE MIDDLE DISTRICT
FLORIDA, U.S. BANK NATIONAL ASSOCIATION,
FANNIE MAE, DEUTSCHE BANK NATIONAL TRUST
COMPANY, WELLS FARGO HOME MORTGAGE,
CITIFINANCIAL SERVICES, DAVID P. TROTTI,
GLENN A. ZIEGLER, KIMBERLY A HUMPHREY,
MERS MORTGAGE, ELECTRONIC REGISTRATION
SYSTEM, ARLENE B. NEWMAN, ARANTES M.
RODRIGUES, SIDNEY E. LEWIS, JOHN A. VAN NESS,

DUVAL COUNTY TAX COLLECTOR, AS STATE OF FLORIDA,

           Appellees.

_____/

Opinion filed March 7, 2023

Appeal from the Circuit Court
for Duval County,
Marianne Aho, Judge.

Candia Vanessa Williams,
Jacksonville, pro se.

Lawrence J. Bernard, of Bernard &
Shemer, P.A., Jacksonville, for
Appellee, Sidney E. Lewis.

No Appearance for Remaining
Appellees.


PER CURIAM.


      AFFIRMED.  See Fla. R. App. P. 9.315(a).


SILBERMAN, MORRIS, KELLY, PATRICIA J., and SMITH, ANDREA T.,
Associate Judges, Concur.